**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LINDA DIXON**                                                                               **PLAINTIFF**

**V.**                            **NO. 1:19-CV-28-DMB-DAS**

**ALLSTATE INSURANCE COMPANY**
**and JOHN DOES 1-10**                                                   **DEFENDANTS**

### ORDER CLOSING CASE

On October 30, 2019, United States Magistrate Judge David A. Sanders conducted a settlement conference with the parties in this case. The minutes of the conference reflect that the parties reached a settlement agreement. Doc. #24. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 18th day of November, 2019.

                                                                       **/s/Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**